IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carter, Josie H | Case Number: 07 B 12074 |
| | Judge: Hollis, Pamela S |
| Printed: 5/6/08 | Filed: 7/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 24, 2008
Confirmed: October 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,176.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,058.50 |
| Trustee Fee: | | 117.50 |
| Other Funds: | | 0.00 |
| Totals: | 2,176.00 | 2,176.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 2,058.50 |
| 2. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 3. | Accredited Home Lenders | Secured | 35,000.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 224.22 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 169.41 | 0.00 |
| 6. | Wells Fargo Ed Fin Servs | Unsecured | 5,491.04 | 0.00 |
| 7. | Federated Retail Holdings Inc | Unsecured | 1,558.19 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,325.35 | 0.00 |
| 9. | Cavalry Portfolio/Collection | Unsecured | 653.15 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 1,241.64 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 2,512.07 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 42.00 | 0.00 |
| 13. | AT&T Wireless | Unsecured | 880.49 | 0.00 |
| 14. | Wells Fargo Ed Fin Servs | Unsecured | 10,562.25 | 0.00 |
| 15. | Nordstrom | Unsecured | 473.68 | 0.00 |
| | | | _____ | _____ |
| | | | $ 63,633.49 | $ 2,058.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 117.50 |
| | _____ |
| | $ 117.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Carter, Josie H

Printed: 5/6/08

Case Number:  07 B 12074
Judge:  Hollis, Pamela S
Filed:  7/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

